# Court of Appeals
# of the State of Georgia

ATLANTA,   September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0008.   ELEANOR ORA WELSKI v. MARQUIS OF NORTH DRUID HILLS.**

Eleanor Ora Welski filed this application for discretionary appeal seeking review of an order entered by the Magistrate Court of DeKalb County in this dispossessory action. "The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). This Court may only review magistrate court matters that already have been reviewed by the state or superior court.[1] See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." 1983 Ga. Const., Art. 6, Sec. 1, Para. 8; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this case is hereby TRANSFERRED to the Superior Court of DeKalb County for disposition.

---

[1]   According to the respondent, Welski filed a notice of appeal in superior court, but her appeal was dismissed for failure to pay costs. However, Welski has not provided any superior court order in her application materials from which we can assume jurisdiction.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* <u>    09/09/2015    </u>

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*